# COMPLAINT FORM

(for filers who are prisoners without lawyers)

FILED
03/26/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Stanley Eric Edmondson Jr.

vs

(Full name of defendant(s))

Todd Black

Case Number:

1:21-cv-753-RLY-TAB

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Indiana__, and is located at
    (State)

    601 S. Ireland St. Greensburg, IN. 47240
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant __Todd Black__
    (Name)

Complaint - 1

in the Decatur County Detention Center.

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Decatur County DeteNtion Center__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 8/25/2020 at 7:29 p.m Deputy Todd Black gave me the wrong medication after I asked him if it was my correct Medication and he ~~advid~~ advised me it was. So I took (Him being the trusted person to give out Medication for the night), the medication. Then I felt unlike myself and had my vitals checked and then was sent back to H-block where I reside. Then the next morning I was still feeling the effects of the medication and missed some stairs coming down the said stairs and broke my foot and toe. All this took place

Complaint - 2

C. **JURISDICTION**

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The relief I'm wanting is for pain and suffering, along with mental anguish is to be awarded money in the sum of $250,000.00 if I win my lawsuit.

E.  JURY DEMAND

☐  Jury Demand - I want a jury to hear my case
        OR

☑  Court Trial – I want a judge to hear my case

Dated this  03  day of  15  20 21 .

Respectfully Submitted,

_____
Signature of Plaintiff

6541
_____
Plaintiff's Prisoner ID Number

601 S. Ireland St.
Greensburg, IN. 47240
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.