UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STANLEY ERIC EDMONDSON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TODD BLACK, ) <br> ) <br> Defendant. ) | No. 1:21-cv-00753-RLY-TAB |

**FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT.

The action is **dismissed with prejudice** pursuant to 28 U.S.C. § 1915A(b).

Date:   5/05/2021

Roger A.G. Sharpe, Clerk of Court

By: _Tina M. Doyle_
     Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

STANLEY ERIC EDMONDSON, JR.
6541
DECATUR COUNTY SHERIFF
601 S. Ireland Street
Greensburg, IN 47240